1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   CHARLENE HUSTON, an individual,        Case No. 8:18-cv-1393 CJC (KESx)

11                   Plaintiff,             [~~PROPOSED~~] ORDER
                                            REGARDING STIPULATED
12   v.                                     PROTECTIVE ORDER (DKT. 14)

13   LIBERTY MUTUAL INSURANCE,              Trial Date:  February 25, 2020
     an entity of unknown origin; LIBERTY
14   MUTUAL GROUP, INC., a
     Massachusetts corporation; LIBERTY
15   MUTUAL INSURANCE COMPANY,
     a Massachusetts corporation,
16   HELMSMAN MANAGEMENT
     SERVICES, LLC, a limited liability
17   company believed to have been formed
     in Massachusetts; and DOES 1 through
18   50, inclusive,

19                   Defendants

20

21

22

23

24

25

26

27

28

FIRMWIDE:164512977.1 058348.1042

For good cause shown and pursuant to the stipulation of the Parties, it is hereby ordered that the Stipulated Protective Order (Dkt. 14) become the order of this Court.

DATED:  May 22, 2019

HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE
JUDGE

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

FIRMWIDE:164512977.1 058348.1042

1.